LEO DI TOMASSO, Appellant and Respondent, *v.* VITO LOVERRO et al., Respondents, and SAMUEL RUBEL et al., Respondents and Appellants.

Submitted January 3, 1938; decided January 11, 1938.

Motion to amend remittitur denied. The use of the words " without costs " mean without costs in this court. (See 276 N. Y. ——.)